THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE
PENNSYLVANIA RAILROAD COMPANY, Respondent, *v.*
JOHN P. LEO et al., Constituting the Board of Appeals
of the City of New York, Appellants.

(Argued June 1, 1931; decided June 16, 1931.)

*Arthur J. W. Hilly,* Corporation Counsel (*Henry J.
Shields* and *J. Joseph Lilly* of counsel), for appellants.
*John Vance Hewitt* and *F. W. H. Adams* for respondent.

Appeal dismissed, with costs, on the ground that by
lapse of time the controversy has become academic; no
opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN,
KELLOGG and HUBBS, JJ. Not sitting: O'BRIEN, J.